UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| QUINCY R. JULIAN,<br><br>              Plaintiff,<br><br>vs.<br><br>BAUMANN, et al.,<br><br>              Defendants. | 3:09-cv-00676-LRH-RAM<br><br>ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO RULE 4(m) FEDERAL RULES OF CIVIL PROCEDURE |

Plaintiff, QUINCY R. JULIAN, having failed to show good cause why this action should not be dismissed without prejudice for failure to effect timely service pursuant to FRCP 4(m),

IT IS ORDERED, ADJUDGED, AND DECREED that the above-entitled action be, and hereby is dismissed without prejudice as to: Defendant BAUMANN. The Clerk shall enter judgment accordingly.

DATED this 2nd day of May, 2011.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE