AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF \_\_NEVADA\_\_

QUINCY R. JULIAN,

     Plaintiff,       JUDGMENT IN A CIVIL CASE
V.

                CASE NUMBER: **3:09-CV-00676-LRH-RAM**

BAUMANN, et al.,

     Defendants.

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE as to defendant Baumann.


 May 3, 2011                                              **LANCE S. WILSON**
    Date                                                              Clerk

                                                                     /s/   M. Campbell
                                                                         Deputy Clerk